UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BRANDON JEROME DAVIS,<br><br>　　　　　Defendant. | Case No. 3:21-cr-00008-LRH-CLB<br><br>**ORDER** |

　　Based on the stipulation of the parties, and good cause appearing, IT IS HEREBY ORDERED that the change of plea hearing currently scheduled for Thursday, February 3, 2022, at 11:00 a.m., is vacated and continued to Tuesday, February 22, 2022, at the hour of 1:30 p.m.

　　DATED this 31st of January, 2022

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1