UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>BRANDON JEROME DAVIS,<br><br>        Defendant. | Case No. 3:21-cr-00008-LRH-CLB<br><br>**ORDER** |

Based on the stipulation of the parties, and good cause appearing, IT IS HEREBY ORDERED that the change of plea hearing currently scheduled for Tuesday, February 22, 2022, at 1:30 p.m., be vacated and continued to Thursday, March 10, 2022, at the hour of 1:30 p.m. before District Judge Larry R. Hicks in Reno Courtroom 3.

Dated: February 22, 2022

_____
UNITED STATES DISTRICT JUDGE