**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BRANDON JEROME DAVIS,<br><br>　　　　　Defendant. | Case No. 3:21-cr-00008-LRH-CLB<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br>(Second Request) |

　　　IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Megan Rachow, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Keisha K. Matthews, Assistant Federal Public Defender, counsel for Brandon Jerome Davis, that the Sentencing Hearing currently scheduled on October 4, 2022 at 11:00 a.m., be vacated and continued to November 17, 2022 at 1:30 p.m.

　　　This Stipulation is entered into for the following reasons:

　　　1.　　Defense counsel needs additional time to conduct investigations before sentencing.

　　　2.　　The defendant is in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

This is the second request for a continuance of the sentencing hearing.

DATED this 13th day of September, 2022.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| */s/ Keisha K. Matthews*<br>By_____<br>KEISHA K. MATTHEWS<br>Assistant Federal Public Defender | */s/ Megan Rachow*<br>By_____<br>MEGAN RACHOW<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BRANDON JEROME DAVIS,<br><br>　　　　　Defendant. | Case No. 3:21-cr-00008-LRH-CLB<br><br>**ORDER** |

　　　IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for Tuesday, October 4, 2022 at 11:00 a.m., be vacated and continued to Thursday, November 17, 2022 at the hour of 1:30 p.m.

　　　DATED this 19th day of September, 2022.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE